**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IONIA MANAGEMENT S.A., and ) <br> EDGARDO MERCURIO, ) <br> Defendants ) <br> _____ ) | Case No.: 3:07-cr- 134 (JBA) <br><br> APPEARANCE AT ARRAIGNMENT |

IONIA MANAGEMENT S.A., (hereinafter "IONIA"), along with its undersigned counsel acknowledge the following, and petition the Court to accept this waiver of personal appearance at arraignment pursuant to Federal Rules of Criminal Procedure Rule 10(b):

1)  IONIA affirms that it has received a copy of the Indictment in this case;

2)  IONIA understands that it has the right to have a corporate representative appear personally before the Court for an arraignment on the charges set forth in the Indictment, and voluntarily waives this right; and,

3)  IONIA pleads NOT GUILTY to each and every count in the Indictment.

IONIA has conferred with undersigned counsel and fully understands all of the above, and it respectfully submits this petition to enter pleas of NOT GUILTY in its absence.

_____  
Mrs. Ekaterini Therapiotis  
Director  
IONIA MANAGEMENT S.A.  
Defendant

15.6.07  
Date

_____  
George M. Chalos, Esq.  
CHALOS, O'CONNOR & DUFFY, LLP  
Attorneys for IONIA MANAGEMENT S.A.  
366 Main Street  
Port Washington, New York 11050  
Telephone: (516) 767-3600  
Telecopier: (516) 767-3605  
Email: gmc@codus-law.com

15 June 2007  
Date

_____  
Patrick F. Lennon, Esq.  
LENNON, MURPHY & LENNON, LLC  
Tide Mill Landing  
2425 Post Road  
Southport, Connecticut 06890  
Telephone: (203) 256-8600  
Telecopier; (203) 256-8615  
Email: pfl@lenmur.com

18-JUNE-2007  
Date

IT IS ORDERED that defendant's waiver is hereby accepted, and its pleas of not guilty are entered on the record with the Clerk of the Court.

DATED this 18th day of June, 2007.

_____  
Hon. J. Garfinkel  
USAJ