UNITED STATES DISTRICT COURT

FILED

Jul 20 11 23 AM '07

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 3:07CR134 (JBA) |
| | : | |
| IONIA MANAGEMENT | : | |

## PROTECTIVE ORDER

The Government has provided copies of Grand Jury transcripts and related materials to defense counsel subject to the execution of a non-disclosure/confidentiality agreement. Consistent with the provisions of that agreement and on the consent of the parties, the Court hereby orders the following:

(1) The Grand Jury transcripts and related material provided by the Government shall remain confidential subject to the provisions outlined below.

(2) The Grand Jury transcripts and related material may be disclosed only to the defendant and to persons working with defense counsel in his representation of the defendant in the captioned case. Disclosure to anyone else is strictly prohibited

(3) Defense counsel shall not provide copies of the Grand Jury transcripts and related material to anyone, including the defendant, absent prior permission from the Court.

(4) The Grand Jury transcripts and related material discovery materials shall be used solely for the litigation of the captioned case and for no other purpose.

SO ORDERED, this 17 day of July, 2007, at New Haven, Connecticut.

_____
HONORABLE JANET B. ARTERTON
UNITED STATES DISTRICT JUDGE