# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States of America       :
                               :
v.                             :        Case No. 3:07cr134 (JBA)
                               :
Ionia Management S.A., et al.  :

## ENDORSEMENT ORDER ON MOTIONS FOR RELEASE [DOCS. ## 19, 28, 41]

Various individuals/potential witnesses in this case have
filed Petitions/Motions [Docs. ## 19, 28, 41] seeking release
from their purported detention pursuant to an agreement entered
into between their employer, KRITON Maritime, S.A. and its
operator defendant Ionia Management, S.A., on the one hand, and
the Government, on the other. Petitioners contend they are "de
facto" material witnesses and that their continued detention
violates their constitutional rights.

As set forth on the record of July 13, 2007, these
individuals do not constitute material witnesses pursuant to 18
U.S.C. § 3144 as no affidavit nor request to treat them as such
has been made.[1] They also are not being detained; although they
claim they are being held against their will pursuant to an
agreement between their employer and the Government, they remain

---

[1] 18 U.S.C. § 3144 provides, inter alia, "[i]f it appears
from an affidavit filed by a party that the testimony of a person
is material in a criminal proceeding, and if it is shown that it
may become impracticable to secure the presence of the person by
subpoena, a judicial officer may order the arrest of the person
and treat the person in accordance with the provisions of section
3142 of this title."

free to leave, although they fear the consequences.[2]  Petitioners cite no authority for their position that they constitute "de facto" material witnesses and the authority they cite for the proposition that "there is no doubt that Petitioners have been seized" under Fourth Amendment rubric is inapposite because, as discussed supra, petitioners are free to leave.  Accordingly, as no party has made a motion to take petitioners' deposition pursuant to Fed. R. Crim. P. 15(a), and petitioners have not yet been designated material witnesses, the Court has no authority to grant petitioners' Motions and they are thus DENIED, without prejudice to renew should their circumstances change.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 20th day of July, 2007.**

---

[2] Specifically, they fear that they will be arrested as material witnesses upon attempt to depart the United States, inasmuch as counsel for the Government has represented that such will occur.