**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| v. | : | Case No. 3:07cr134 (JBA) |
| | : | |
| **Ionia Management S.A., et al.** | : | |

### ENDORSEMENT ORDER

Pursuant to colloquy with counsel on the record of 7/31/07, the following is ORDERED:

1. Ionia's Motions to Consolidate [Docs. ## 61, 67, 78] are GRANTED by agreement.

2. Ionia's Motion in Limine to Preclude the Government from Referring to this as an "Environmental Crimes" or "Pollution" Case or to Ionia as a "Polluter" [Doc. # 70] is DENIED as overly broad given the circumstances of the case without prejudice to renew on narrower grounds.

3. Decision on Ionia's Motion for Immediate Disclosure of Government Agents' Rough Notes [Doc. # 72] is RESERVED; pursuant to the Court's order at the 7/30/07 telephonic conference call, the Government shall submit such notes to the Court for in camera review and comparison with the typewritten reports on 8/1/07.

4. Ionia's Motion to Compel Complete Expert Disclosure [Doc. # 73] is GRANTED, and the Government is ordered to disclose all expert materials required by Fed. R. Crim. P. 16(a)(1)(G) by 8/3/07; Ionia's related Motion for a Hearing Under Federal Rule of Evidence 104(a) [Doc. # 74] is DENIED without prejudice to renew after receipt of the Government's expert reports; any such renewed Daubert motion shall be filed by 8/8/07, with the Government's opposition by 8/13/07.

5. The parties' requests to charge shall be filed by 8/3/07.

6. Jury selection will be held on 8/21/07 beginning at 9 a.m. in Courtroom Two, United States Courthouse, 141 Church Street, New Haven, Connecticut, and trial will commence

1

immediately thereafter.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 31st day of July, 2007.**