```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**United States of America**      :
                                    :

**v.**                                     :       Case No. 3:07cr134 (JBA)
                                  :

**Ionia Management S.A., et al.** :

**ORDER ON DEFENDANT'S MOTION FOR AN ORDER PERMITTING DEFENSE COUNSEL TO PROVIDE EXPEDITED COPIES OF ALL GRAND JURY TRANSCRIPTS AND RELATED DOCUMENTS TO DEFENDANT'S IN-HOUSE COUNSEL**
**[DOC. # 104]**

Defendant Ionia's Motion seeking an order that would permit its counsel to provide expedited copies of all grand jury transcripts and related documents to its in-house counsel, Mr. Nicholas K. Zannos, [Doc. # 104] is GRANTED, by agreement, for the sole purpose of in-house counsel working with defense counsel, Attorney Chalos, in representation of the defendant in this case, in accordance with Paragraph 2 of the Protective Order [Doc. # 52]. In-house counsel has agreed to be bound by the terms of the Protective Order, and that after review he will return all copies provided to him to Attorney Chalos [Doc. # 106], and accordingly he is so bound.

                                        IT IS SO ORDERED.

                                        /s/
                                        _____
                                        Janet Bond Arterton
                                        United States District Judge

**Dated at New Haven, Connecticut this 9th day of August, 2007.**