**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| **v.** | : | **Case No. 3:07cr134 (JBA)** |
| | : | |
| **Ionia Management S.A., et al.** | : | |

**ORDER**

On consent of counsel, the clerk is hereby directed to enter the verdict of guilty on count five, not count four, of the District of Connecticut indictment, such correction being made pursuant to Fed. R. Crim. P. 36.

IT IS SO ORDERED.

/s/
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 10th day of September, 2007.**