# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V | : | CASE NO: 3:07CR134 JBA |
| IONIA MANAGEMENT, S.A. | : | |

## CORRECTED JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on December 14, 2007, be corrected to conform to the 30 day stay for appeal bond granted December 14, 2007.

**The fine imposed on the defendant as immediately payable is similarly stayed thirty days from the date of sentencing (December 14, 2007)**.

In all other respects the Judgment and Order of Commitment entered by this Court on December 14, 2007 remains unchanged.

Dated at New Haven, Connecticut: January 14, 2008

IT IS SO ORDERED

_____/s/_____
Janet Bond Arterton
United States District Judge