UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | Docket nos. | 3:07CR134 (JBA) |
| VS. | : | 3:07CR174 (JBA |
| | | 3:07CR175 (JBA) |
| IONIA MANAGEMENT S.A., et al. | : | 3:07CR176 (JBA) |

ORDER

Having fully considered the matter before it, this Court hereby ORDERS the Clerk of the Court to deposit into an interest bearing account all sums paid by or on behalf of the Defendant toward the criminal fine imposed in this matter on December 18, 2007. All sums that are currently held in the Registry of the Court include a payment of $1,261,195.45 received on or about March 14, 2008, and a payment of $500,000.00 received on or about April 21, 2008. The Clerk of Court is directly to maintain these sums, as well as any future payments, in an interest bearing account until further order of this Court.

SO ORDERED on this 22nd day of April, 2008 at New Haven, Connecticut.

_____/s/_____
Janet Bond Arterton
United States District Court