FILED
2008 APR 29 P 2: 0(
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA,
　　　　Plaintiff,

Criminal No.: 3:07-cr-134 (JBA)

v.

IONIA MANAGEMENT, S.A.,
　　　　Defendant.

---

## STIPULATION AND ORDER BETWEEN IONIA MANAGEMENT, S.A. AND THE UNITED STATES OF AMERICA REGARDING THE PAYMENT OF THE FINE AND PENALTY AND THE RESTORATION OF THE PAYMENT SCHEDULE

Ionia Management, S.A., (hereinafter "Ionia"), and the United States of America, (hereinafter "United States"), through their undersigned counsels, and subject to the consent of the Court, hereby agree and stipulate as follows:

1. Ionia having paid $1,261,195.45 on March 13, 2008, to satisfy the first installment payment of the fine, the payment schedule set forth in the Court's Ruling and Order dated March 3, 2008 (Docket Entry # 265) is reinstated;

2. Ionia having paid an additional $500,000.00 on April 21, 2008, this amount is hereby applied to the second fine installment payment, leaving a principal balance of $725,000, together with interest, due and owing on December 14, 2008; and,

3. The penalty of $490,000.00 assessed by the Court in its Ruling and Order dated March 7, 2008 (Docket Entry #272), is hereby remitted. In the event any future installment payment becomes delinquent and/or in default a penalty shall be imposed pursuant to 18 U.S.C. section 3612(g).

1

4. Ionia Management S.A will move the Court of Appeals to dismiss with prejudice its appeal from imposition of the penalty (Second Circuit Docket No. 08-1387-cr) in the manner required by F.R.A.P. 42(b). The government will agree to entry of an order dismissing that appeal and the parties agree that no costs are due either party.

Respectfully submitted,

For the Government
**UNITED STATES ATTORNEY**
**DISTRICT OF CONNECTICUT**
Kevin J. O'Connor

William M. Brown, Jr. (CT-20813)
Assistant United States Attorney
915 Lafayette Blvd., Room 309
Bridgeport, CT 06604
Telephone: (203) 821-3811
E-mail: William.m.brown@usdoj.gov

LANA N. PETTUS
Trial Attorney
Environmental and Natural Resources Division
U.S. Department of Justice
Email: Lana.Pettus@usdoj.gov

CDR LUKE M. REID
Special Assistant U.S. Attorney
Judge Advocate
First Coast Guard District
U.S. Coast Guard
Email: luke.m.reid@uscg.mil

For the Defendant
**CHALOS, O'CONNOR & DUFFY, LLP**
Attorney for Defendant
Ionia Management, S.A.

Michael G. Chalos (CT-27501)
366 Main Street
Port Washington, New York 11050
Telephone: (516) 767-3600
E-mail: mchalos@codus-law.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing "Stipulation and Proposed Ordered" has been filed and served via Email and via the District of Connecticut's electronic filing system and rules this 16th day of April, 2008, to the following counsel of record:

Anthony E. Kaplan, Esq.
Supervisory Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
Fax No.: 203-773-5376
Email: Anthony.Kaplan@usdoj.gov

Lana Pettus, Esq.
Trial Attorney
Environmental Crimes Section
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20026-3985
Email: Lana.Pettus@usdoj.gov

William M. Brown, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
Fax No.: 203-773-5376
Email: william.m.brown@usdoj.gov

CDR Luke Reid, USCG
Judge Advocate
Principal Assistant Legal Officer
First Coast Guard District
408 Atlantic Avenue
Boston, MA 02110
Email: Luke.M.Reid@uscg.mil

/s/ Michael G. Chalos

4

The parties *Stipulation and Order Between Ionia Management, S.A. and the United States of America Regarding the Payment of the Fine and Penalty and the Restoration of the Payment Schedule*, Docket No. 284, dated April 28, 2008, is hereby approved.

So Ordered this 29th day of April, 2008, at New Haven, Connecticut.

/s/
JANET BOND ARTERTON
UNITED STATES DISTRICT JUDGE