UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:07cr134 (JBA) |
| **IONIA MANAGEMENT, S.A.** | : |

**ORDER**

After review, and absent objection to the Special Master's first report, it is APPROVED.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 11, 2008