UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **United States of America,** | : | |
| Plaintiff, | | |
| v. | : | No. 3:07cr134 (JBA) |
| **Ionia Management, SA,** | : | September 22, 2009 |
| Defendant. | | |

### O R D E R

The Court has fully reviewed Special Master Bundy's thorough Second Report [Doc. # 310], and its Appendices, and the Second Report and its Recommendations are hereby APPROVED and ADOPTED as the ruling of this Court. The previous ban on defendant's ships calling on U.S. ports is modified to permit M/T THEO T and M/T FIDIAS to call on U.S. ports under the conditions set out in IV 1, a - d.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.